

# Missouri Court of Appeals
## Southern District

**JUNE 16, 2016**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.  Case No.  SD33818

    Re:   STATE OF MISSOURI,
          Plaintiff-Respondent,
          v.
          JOHN W. PANNELL,
          Defendant-Appellant.